UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DOUGLAS HUGO SILVA | ) | CASE: A25-58810-JWC |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION
AND MOTION TO DISMISS CASE**

    COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

    The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

2.

    The plan as proposed will extend to eighty-six (86) months, which exceeds the sixty (60) months allowed by 11 U.S.C. Section 1322(d).

3.

    The Chapter 13 Trustee is unable to determine the feasibility of the Debtor's Chapter 13 plan because Internal Revenue Service records indicate tax returns have not been filed for the periods ending December 31, 2021, December 31, 2022, December 31, 2023 and December 31, 2024. The failure to file tax returns for the four (4) year period prior to the filing of the bankruptcy case is in violation of 11 U.S.C. Section 1308.

4.

    The Debtor has failed to provide to the Trustee a copy of the 2023 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

5.

    The Debtor has failed to file tax returns with the Internal Revenue Service for the four (4) year period prior to filing in violation of 11 U.S.C. Section 1308. (2024)

6.

The Debtor has failed to submit the last filed tax return to the Trustee prior to the meeting of creditors and was unable to provide sworn testimony as to the return as required by the United States Trustee. Therefore, the Trustee requires a sworn statement by the Debtor, in addition to the tax return, that the tax return provided is a true copy of the most recent tax return filed.

7.

The Debtor has failed to file the sixty (60) days of pay advices or affidavit pursuant to 11 U.S.C. Section 521(a)(1).

8.

The Trustee requests proof of the Debtor's household income for July and August 2025 in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. Section 521(a)(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

9.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments of $2,023.00 in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

10.

The Chapter 13 Schedules fail to include and notice a debt owed to U.S. Department of Housing and Urban Development in violation of Bankruptcy Rule 1007(a)(1), 11 U.S.C. Section 1325(a)(3) and 11 U.S.C. Section 342.

11.

The plan fails to treat U.S. Department of Housing and Urban Development and OneMain Financial in violation of 11 U.S.C. Section 1322(a) and/or 11 U.S.C. Section 502(a).

12.

The Chapter 13 schedules fail to disclose the Debtor's 2012 BMW 5, in violation of 11 U.S.C. Section 521.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 17th day of September, 2025.

Respectfully submitted,

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350

## CERTIFICATE OF SERVICE

Case No:  A25-58810-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s)**

DOUGLAS HUGO SILVA
3052 SYCAMORE LANE
MARIETTA, GA  30066

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

CLARK & WASHINGTON, P.C.

This the 17th day of September, 2025.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201